PD-1259-15

PD-1259-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 12:38:20 PM
Accepted 9/24/2015 4:27:07 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| EX PARTE | § | |
| | § | CAUSE NO. _____ |
| CHIDIEBELE GABRIEL OKONKWO | § | |

## MOTION TO EXTEND TIME TO FILE A
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Chidiebele Gabriel Okonkwo, appellant, files this Motion To Extend Time To File A Petition For Discretionary Review, and would show as follows:

I.

Appellant was charged with forgery in cause number 09-DCR-52539 in the 434th District Court of Fort Bend County. He pled not guilty before the Honorable James Shoemake. A jury convicted him on July 16, 2010, and the court assessed his punishment at three years in prison, probated for three years, on October 22, 2010.

The Fourteenth Court of Appeals reversed the conviction in a published opinion issued on December 20, 2011. This Court reversed that judgment and affirmed the conviction in a published opinion issued on May 15, 2013. Okonkwo v. State, 357 S.W.3d 815 (Tex. App.—Houston [14th Dist] 2011), rev'd, 398 S.W.3d 689 (Tex. Crim. App. 2013). Brian Wice represented appellant on direct appeal.

Appellant filed a habeas corpus application pursuant to article 11.072 of the Code of Criminal Procedure on May 23, 2014. The trial court denied relief on

September 23, 2014.  The Fourteenth Court of Appeals affirmed that judgment in an unpublished opinion issued on August 27, 2015.  Ex parte Okonkwo, No. 14-14-00835-CR (Tex. App.—Houston [14th Dist] 2015).  Josh Schaffer represented him in the habeas corpus proceeding.

The petition for discretionary review (PDR) is due by September 26, 2015.[1]

II.

This Court may extend the time to file a PDR if a party files a motion complying with Rule of Appellate Procedure 10.5(b) no later than 15 days after the last day to file a petition.  TEX. R. APP. P. 68.2(c).  This motion is timely, and appellant has not sought a previous extension of time to file a PDR.

Appellant recently hired counsel to file a PDR.  Counsel is moving into a new office during the weekend of September 25-27, 2015.  He also recently filed a PDR in State v. Anthony Austin Metts, Nos. PD-1054-15 & PD-1055-15.  He cannot prepare and file the PDR in the few days before the deadline.  Accordingly, he requests that the Court grant a 30-day extension of time, until October 26, 2015, to file a PDR.

---

[1] September 26, 2015, is a Saturday.  The next business day is September 28.  Therefore, the PDR must be filed by September 28.

## CONCLUSION

Appellant requests a 30-day extension of time to file a PDR.

Respectfully submitted,

*/s/ Josh Schaffer*

Josh Schaffer
State Bar No. 24037439

1021 Main St., Ste. 1440
Houston, Texas  77002
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Appellant
CHIDIEBELE GABRIEL OKONKWO

## CERTIFICATE OF SERVICE

I served a copy of this motion on Gail McConnell, assistant district attorney for Fort Bend County; and on Lisa McMinn, State Prosecuting Attorney, by electronic mail on September 24, 2015.

*/s/ Josh Schaffer*

Josh Schaffer